**No. 25-4969**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

JASMINE DUCKETT,

*Plaintiff-Appellant,*

v.

P. GARCIA,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:23-cv-04748-BLF
Hon. Beth Labson Freeman

---

## STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL

---

Daniel S. Harawa
*Counsel of Record*
Adam B. Murphy
Shawn Avidan, *Student Counsel*
Emily Luong, *Student Counsel*
NEW YORK UNIVERSITY SCHOOL OF LAW
FEDERAL APPELLATE CLINIC
245 Sullivan Street, Fifth Floor
New York, NY 10012
Telephone: (212) 998-6420
Daniel.Harawa@nyu.edu

*Attorneys for Appellant*
Jasmine Duckett

Appellee and Appellant have reached a settlement to resolve this appeal. The parties respectfully move the Court to dismiss the appeal in the above-entitled case and agree that each party shall bear its own costs and fees on appeal.

Dated: March 24, 2026

/s/ Daniel S. Harawa

_____

Daniel S. Harawa

Attorney for Appellant


/s/ Randall D. Zack

_____

Randall D. Zack

*Deputy Attorney General*

ROB BONTA
 *Attorney General of California*
NEAH HUYNH
 *Supervising Deputy Attorney General*

Attorneys for Appellee